# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1 | **DATE** | 1/22/2008 |
| **CASE TITLE** |  | USA vs. Jesus M. Rivera | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 1/22/2008 as to defendant Jesus M. Rivera. Defendant appears in response to arrest on 1/22/2008. Defendant informed of his rights. Linda Amdur is appointed as counsel for defendant. Government seeks detention. Preliminary examination hearing/detention hearing set for 1/25/2008 at 10:30 a.m. Defendant to remain in custody pending further court proceedings.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|