## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1 | **DATE** | 1/25/2008 |
| **CASE TITLE** | | USA vs. Jesus M. Rivera | |

**DOCKET ENTRY TEXT**

Detention hearing held on 1/25/2008 as to defendant Jesus M. Rivera. Order defendant detained as a flight risk and/or danger to the community pending further court proceedings. Preliminary examination hearing reset to 2/1/2008 at 10:30 a.m.

Docketing to mail notices.

00:12

| | Courtroom Deputy Initials: | IS |
|---|---|---|