U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                            Case Number:  08 CR 0052
UNITED STATES OF AMERICA
                        v.
JESUS RIVERA and
PERRY D. BLACK

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JESUS RIVERA

| NAME (Type or print) |
| --- |
| Neil H. Cohen |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Neil H. Cohen |

| FIRM |
| --- |
| Neil H. Cohen, Attorney-at-Law |

| STREET ADDRESS |
| --- |
| 2000 N. Clifton Avenue |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois  60614 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 00476692 | 773.871.4814 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐