# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1 | **DATE** | 2/5/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera | | |

**DOCKET ENTRY TEXT**

Case called for preliminary examination hearing on 2/5/2008. Linda Amdur withdraws her appearance as appointed counsel for defendant. Neil H. Cohen files his appearance as retained counsel for defendant. Defendant waives his right to preliminary examination. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings. It is hereby ordered that the U.S. Marshal's Service shall investigate the defendant's claims for need for medication and physical condition and shall act accordingly.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | IS |
|---|---|---|