08CR 0052 Felony DS

FILED

FEB - 7 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUDGE JOHN W. DARRAH

# DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

JUDGE JOHN W. DARRAH    MAGISTRATE JUDGE ASHMAN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X If the answer is "Yes", list the case number and title of the earliest filed complaint: 08 CR 52 US v. Jesus Rivera et al Ashman

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO X YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO X YES ☐

6) What level of offense is this indictment or information? FELONY X MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO X YES ☐

8) Does this indictment or information include a conspiracy count? NO ☐ YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

- ☐ Homicide ........... (II)
- ☐ Criminal Antitrust ...... (II)
- ☐ Bank robbery ......... (II)
- ☐ Post Office Robbery .... (II)
- ☐ Other Robbery ........ (II)
- ☐ Assault ............. (III)
- ☐ Burglary ............ (IV)
- ☐ Larceny and Theft ..... (IV)
- ☐ Postal Embezzlement .... (IV)
- ☐ Other Embezzlement .... (III)
- ☐ Income Tax Fraud ......... (II)
- ☐ Postal Fraud .......... (II)
- ☐ Other Fraud .......... (III)
- ☐ Auto Theft .......... (IV)
- ☐ Transporting Forged Securities . (III)
- ☐ Forgery .......... (III)
- ☐ Counterfeiting .......... (III)
- ☐ Sex Offenses .......... (II)
- ☐ DAPCA Marijuana ........ (III)
- XX DAPCA Narcotics ....... (III)
- ☐ DAPCA Controlled Substances .. (III)
- ☐ Miscellaneous General Offenses ... (IV)
- ☐ Immigration Laws .......... (IV)
- ☐ Liquor, Internal Revenue Laws ... (IV)
- ☐ Food & Drug Laws .......... (IV)
- ☐ Motor Carrier Act .......... (IV)
- ☐ Selective Service Act ........ (IV)
- ☐ Obscene Mail ............ (III)
- ☐ Other Federal Statutes ........ (III)
- ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

**Title 21, United States Code, Section (s) 846.**

RENATO MARIOTTI
Assistant United States Attorney

(revised 12/99)