## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1 & 2 | **DATE** | 2/22/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera & Perry D. Black | | |

**DOCKET ENTRY TEXT**

Arraignment and plea as to defendants Jesus M. Rivera & Perry D. Black is set for 3/7/2008 at 10:30 a.m., before Magistrate Judge Ashman in courtroom 1386.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|