# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1 | **DATE** | 3/14/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 3/21/2008. Pretrial motions to be filed by or on 3/28/2008. Response to be filed by or on 4/4/2008. Reply to be filed by or on 4/11/2008. Ruling on motions set for 4/22/2008 at 9:45 a.m., before Judge Darrah. Defendant's motion for release pending trial is denied for the reasons stated in open court. Defendant is allowed consultations with physicians and be able to receive prescribed medication.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:20

| | Courtroom Deputy Initials: | IS |
|---|---|---|