# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1,2 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera, Perry D. Black | | |

**DOCKET ENTRY TEXT**

Status hearing held. Jury trial set for 6/2/08 at 9:00 a.m. for both defendants. In the interests of justice, time is ordered excluded to 6/2/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1,2 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera, Perry D. Black | | |

**DOCKET ENTRY TEXT**

Status hearing held. Jury trial set for 6/2/08 at 9:00 a.m. for both defendants. In the interests of justice, time is ordered excluded to 6/2/08 pursuant to 18:3161(h)(8)(A)(B). (x-t).

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|