UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  08 CR 0052 (01) |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | Presiding Judge |
| JESUS M. RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING, NOTICE OF HEARING AND PROOF OF SERVICE**

TO:  Renato T. Mariotti
     Assistant U.S. Attorney
     219 S. Dearborn Street
     Chicago, IL  60604

Please take notice that on 27th day of May, 2008, we shall appear before the Hon. John W. Darrah in Courtroom 1203 at 9:00 a.m. on the attached **Motion to Continue Trial Date**, which we today filed electronically with the Clerk of the U.S. District Court.

/s/  Neil H. Cohen
Attorney for Jesus M. Rivera

Neil H. Cohen
Attorney at Law
2000 N. Clifton Avenue
Chicago, IL  60614-4120
Telephone (773) 871-4814
Facsimile (773) 871-3304

**PROOF OF SERVICE**

On the 20 day of May, 2008, we electronically delivered to the above-named party this Notice and attached submission. On May 21, 2008, we hand delivered same.

/s/  NEIL H. COHEN

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  08 CR 0052 (01) |
| | ) | |
| vs. | ) | Honorable John W. Darrah |
| | ) | Presiding Judge |
| JESUS RIVERA, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CHANGE THE TRIAL DATE

Defendant Jesus Rivera, by his attorney Neil H. Cohen, respectfully requests the entry of an order modifying the date set for trial.

The parties have arrived at the a verbal agreement concerning the substance of a plea to a modified version of Count I of the indictment.

Assistant United States Attorney Renato Mariotti has been unable to tender a written draft version of said plea agreement since he has been participating in a jury trial in this building for the last three (3) weeks or so. AUSA Mariotti is due to finish said trial sometime during the week of (but not including) May 26, 2008.

He has assured the undersigned that he will direct his efforts towards reducing the parties' understanding of the plea agreement to writing as soon as his trial has terminated.

1

Both parties agree there is no need for a trial on the merits of the allegations of the offense for which the defendant will be entering his plea.[1]

Accordingly, the parties jointly request that this matter be re-scheduled from the originally established trial date of June 2, 2008 trial date to a date certain for a change of plea.

                                                Respectfully submitted,

                                                /s/ Neil H. Cohen
                                                Attorney for Jesus M. Rivera

Neil H. Cohen
Attorney at Law
2000 N. Clifton Avenue
Chicago, IL  60614
Telephone: 773/871-4814
Facsimile: 773/871-3304

---

[1] Simply stated, the parties contemplate that the defendant will be entering a plea to conspiracy to distribute 2 kilograms of powder cocaine. The parties have agreed that the government may argue certain evidence should be considered as relevant conduct and that the defendant may dispute same.

2