## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1,2 | **DATE** | 6/9/2008 |
| **CASE TITLE** | USA vs. Jesus Rivera, Perry D. Black | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 6/11/08 is vacated for defendants Jesus Rivera and Perry D. Black. Parties are advised to contact the courtroom deputy to reschedule.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|