# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1,2 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera, Perry D. Black | | |

**DOCKET ENTRY TEXT**

Change of plea hearing set for 6/18/08 at 11:00 a.m. for defendants Jesus M. Rivera and Perry D. Black.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|