# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 52 - 1 | **DATE** | 8/22/2008 |
| **CASE TITLE** | USA vs. Jesus M. Rivera | | |

**DOCKET ENTRY TEXT**

Sentencing set for 10/1/08 is re-set to 11/12/08 at 1:00 pm. for defendant Rivera.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|